# United States Court of Appeals for the Federal Circuit

---

**In re: JAROM MCDONALD, THERON BRENT HARMON, JEFFREY HARMON, NEAL HARMON, VIDANGEL, INC., ANGEL STUDIOS, INC.,**
*Appellants*

---

2024-1015

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 15/454,677.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

September 10, 2024
Date

Jarrett B. Perlow
Clerk of Court